# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Magistrate Case No. 2463030

Federal Court Building
Building 5410 Delaware Avenue
Fort Dix, New Jersey 08640
(609) 562-6652

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | ] | ORDER |
| | ] | |
| | ] | |
| V. | ] | **CORRECTING CLERICAL** |
| | ] | **ERROR OF SPELLING OF** |
| **OLAJUWON MORRIS** | ] | **DEFENDANT'S NAME** |
| | ] | |

**THIS CAUSE** came before the undersigned United States Magistrate Judge, with the knowledge of all parties;

**AND THE COURT**, after having made inquiry of counsel has found that the Government inadvertently listed the defendant as "Morris Olajuwon" and his correct name is "Olajuwon Morris".

**IT IS ORDERED** that, the any reference in the file, documents, or electronic communication or record-keeping system properly amend their records to reflect the true and actual identify of the defendant as "Olajuwan Morris".

DATE: 12/8/13

ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE